In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, for an Order to Take Possession of the Property and Rehabilitate the TITLE AND MORTGAGE GUARANTEE COMPANY OF BUFFALO.

DEWITT CLINTON et al., as Trustees under the Will of MARY C. WRIGHT, Deceased, Appellants.

GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York et al., Respondents.

(Argued March 18, 1935; decided April 17, 1935.)

*Thomas R. Wheeler* for appellants.

*Thomas C. Burke* for George S. Van Schaick, as Superintendent of Insurance, respondent.

*William L. Marcy, Jr., S. Fay Carr* and *David L. Landy* for Buffalo Series B Corporation, respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.